No. 4,946.—R. A. MORRILL, RESPONDENT, *v.* GEORGE
DORE, APPELLANT.

*Appeal from Richland County; F. P. Leiper, Judge.*

Decided February 20, 1922.

PER CURIAM.—Pursuant to motion of respondent, and
for good cause shown, the appeal in the above-entitled cause is
dismissed.

*Mr. R. O. Lunke,* for Appellant.

*Messrs. Brattin & Ketter,* for Respondent.

No. 5,029.—FISHBECK & JARVIS REALTY CO., RESPOND-
ENT, *v.* G. M. PIERCE ET AL., APPELLANTS.

*Appeal from Sheridan County.*

Decided February 20, 1922.

PER CURIAM.—Upon motion of respondent, and for good
cause shown, the appeal in the above-entitled cause is dis-
missed.

*Mr. L. A. Brown,* for Appellants.

*Messrs. Onstad & Greer* and *Messrs. Norris, Hurd &
Rhoades,* for Respondent.